FILED
CLERK, U.S. DISTRICT COURT
10/10/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: TV DEPUTY

***Memorandum***
2:23-cr-00502-JFW

| Subject: | Date: |
| --- | --- |
| United States v. Muhammad Garawi | October 10, 2023 |

To:

KIRY K. GRAY
Clerk, United States District Court
Central District of California

From:

ANDREW BROWN
Assistant United States Attorney
Criminal Division

The above-referenced matter,

Relates to (1) a matter that was pending in the USAO on or before January 13, 2023, the date the Honorable Stephanie S. Christensen resigned from her position as the First Assistant United States Attorney for the Central District of California; or (2) a matter in which Stephanie S. Christensen was personally involved or about which she was personally consulted while employed in the USAO (between April 2008 and July 2023).

/s/Andrew Brown

ANDREW BROWN
Assistant United States Attorney