# APPENDIX

| | |
|---|---|
| Exhibit A | Letter to the Court by Defendant Muhammad Garawi |
| Exhibit B | Letters from Concerned Parties |
| Exhibit C | Letters of Appreciation from SAFE |

# Exhibit A

Honorable John F. Walter
United States District Court – Los Angeles
350 W 1st St.
Los Angeles, CA 90012

Your Honor,

I am writing this letter to express my deepest apologies and remorse for my actions regarding the crime I have committed. I understand that a mere apology cannot undo the harm I have caused, but I hope to convey my sincere regret and the lessons I have learned through this difficult process.

Firstly, I want to acknowledge the impact of my actions on the people directly impacted by it and I understand that what I did has caused pain, distress and perhaps irreparable damage. There is no excuse for my behavior, and I take full responsibility for the consequences it has brought upon them.

Additionally, I realize the profound disappointment and hurt my actions have caused my family and peers. I come from a very traditional family with high values and morals, who have always instilled a profound obligation to doing the right thing. Seeing the pain in their eyes and the burden they carry due to my mistakes is a constant reminder of the far reaching effects of my poor judgment. I have let down those who truly believe in me and for that, I am truly sorry.

Lastly, I would like to apologize to you, your Honor. I am deeply saddened by my actions and the relationship it has damaged between myself and our great Nation. I have taken time to reflect on my actions and their repercussions, and I have come to understand the underlying factors that led me down this path and am actively seeking ways to address them. I am committed to making amends and ensuring that such behavior is never repeated. I understand that trust is earned through actions, not just words. I am dedicated to demonstrating through my actions that I am working towards becoming a responsible, law-abiding citizen who contributes positively to society.

Your Honor, I respectfully ask for your understanding and leniency. I am fully prepared to accept the consequences of my actions and am committed to abiding by any judgment you deem appropriate. I am hopeful for an opportunity to prove that I have learned from this experience and am making genuine efforts to better myself and positively impact my peers and our society.

Thank you for considering my apology and for your time and attention to this matter.

Sincerely,
Muhammad Garawi
01/31/2024

# Exhibit B

November 6, 2023



Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Walter,

My name is Dr. Hosein Shokouh-Amiri, I am Clinical Professor of Surgery Director, Liver Transplant at WK/John C. McDonald Regional Transplant Center; Co-Director, WK/John C. McDonald Regional Transplant Center.

I am involved in many humanitarian activities worldwide and in that aspect, I get to know many people who go the extra mile in their lives to help others, one of those is Mr. Garawi.

I am writing this letter on behalf of Muhammad Garawi, who I have had the privilege of knowing for over 6 years both personally and professionally. I am aware of the charges being brought upon Mr. Garawi and can unequivocally vouch for his character and moral integrity.

I have had the pleasure of knowing Mr. Garawi since he was a young adult, throughout the years of knowing Mr. Garawi it is evident that his character is second to none. His integrity, honesty, and genuine kindness makes him a standout individual in any setting. He approaches each interaction and task with a sense of responsibility and dedication that is truly inspiring. Mr. Garawi shows a consistent display of respect for others regardless of their background or circumstances.

Mr. Garawi always shows unwavering support for his community and others, whether it be through fundraising events, supporting his family and friends, and even care for complete strangers. A specific moment that stands out to me is when my son Amir, was hosting a Mental Health Awareness fundraiser at his recording studio and was short on sponsors and staffing, Muhammad came in on short notice and filled the missing pieces we needed to make it a success. His willingness to lend a helping hand, offer guidance, and contribute to community initiatives has left an undeniable effect on anyone who is fortunate enough to meet him. Muhammad's passion for making a positive impact on the lives of others is both genuine and infectious.

The ongoing court proceedings with Mr. Garawi have definitely impacted his life and I can undoubtedly say he is remorseful for what he has done and has been doing everything in his power to make it right and unsure an event like this or similar will never occur again. Mr. Garawi's moral compass serves as a guiding light in all his endeavors, he is a person of principles who consistently makes ethical choices, even when faced with difficult decisions. His moral strength is reflected in his actions, and he is someone who can be relied upon to do what is right, no matter

the circumstances. I can assure you that Mr. Garawi has nothing but positive and ethical goals for the future, both in his personal and business endeavors.

I cannot imagine Mr. Garawi receiving a prison sentence, and I do believe it will have a very catastrophic impact on his family and everyone who has had the privilege of knowing him if this were to happen. Mr. Garawi supports his family and comes from a family of very high moral standards and ethics; I do not think a prison sentence would do him well and he definitely does not belong in such environments. I can support any other resolution that does not include a prison sentence, whether that be some sort of community service and restitution I can abide that Mr. Garawi will take care of these consequences with his chin up and with full remorse that these past charges or anything similar will never be performed again.

Sincerely,

Hosein Shokouh-Amiri, M.D., FACS, FICS, TACC
Clinical Professor of Surgery
Director, Liver Transplant at WK/John C. McDonald Regional Transplant Center
Co-Director, WK/John C. McDonald Regional Transplant Center
2751 Albert Bicknell Suite 2B
Shreveport, LA 71103
email: hshokouh@wkhs.com

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Your Honor,

My name is Safa Garawi and I am writing this letter on behalf of my brother, Muhammad Garawi. I want to thank you for taking the time to read this letter. I am Muhammad's oldest sister/oldest sibling (out of 5) and have had the pleasure of knowing Muhammad his whole life. I am currently working as a registered nurse in the ICU with the adult population of Long Beach, CA for the last 7 years. I went to school at CSULB where I received my bachelors degree in nursing. I am aware of the charges Muhammad is currently facing and I wanted to write this letter to give you a clearer image of who Muhammad is.

Muhammad is the middle child and almost 4 years younger than me. I had the wonderful opportunity to see him grow from being in diapers to the intelligent, kind and responsible young man he is today. Out of the five siblings, Muhammad was always the most caring. Even when we fought as children or argued as teenagers and adults, he makes an effort to come from a place of understanding and will always be the first to apologize and makes sure his loved ones are okay. Like our brother Ali, Muhammad is incredibly helpful and has never hesitated to help out my parents, myself and my siblings as well as his friends with anything that we need.

When I think of Muhammad and his character, I am reminded of his kindness and caring personality towards others, regardless if they are strangers or not. From small gestures like helping people in need with either meals or money to making sure my parents are healthy and happy and being taken care of. He has always gone out of his way if me or any of my other siblings ask for something. Muhammad is also active in his community, going to youth groups at the mosque Muhammad is very responsible and growing up, he worked as a life guard during his high school time and was even able to graduate high school early by taking the high school exit exam so he can focus more on his future. I worked as a nurse during COVID and it was a very stressful and dark time for me. Muhammad and my brother were kind enough to bring food for the nursing staff on multiple occasions which our whole staff appreciated. Similar to Ali and the rest of my siblings, Muhammad has a very close and loving relationship with me and the rest my family. We are one unit.

These court proceedings have had a huge impact on Muhammad. When speaking to him about this, I can tell he is emotionally and mentally effected by it and has been under a lot of stress. I know he is incredibly remorseful and he understands the gravity of the situation he is in. From my conversations with him, that he wants to be able to move forward and use this opportunity to create a better and more positive future for himself.

As mentioned before, my family is one unit and a sentence of imprisonment would be detrimental to my entire family. My parents and my siblings and I are all hard workers and we understand the importance of a good work ethic. An imprisonment would severely impact the mental and physical well being of my parents as well as the rest of my family. I would support a sentence of home confinement and community service in lieu of imprisonment and would be happy to be in any way of assistance to make this happen. I believe this would serve my brother in a most positive way by giving back to his community and focusing on his future in a positive manner.

Thank you Judge Walter for taking the time to read this letter on behalf of my brother, Muhammad Garawi. I love and care for him dearly and I appreciate you taking the time learn more about him.

Sincerely,

Safa Garawi

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Your Honor,

I hope this message finds you well. My name is Ikko Saito, and I've had the pleasure of getting to know Muhammad both as a friend and in a professional context. Our connection originates from our shared high school water polo days at Cerritos, facilitated by a mutual friend. We shared many memorable moments during Muhammad's time as a lifeguard at the Downey community pool. I grew up in Hawaiian Gardens, California, and attended local schools, including high school at Cerritos. After high school, I pursued higher education at Long Beach City College, where I excelled in water polo, winning a state championship. This accomplishment allowed me to transfer to the University of the Pacific in Stockton, California, where I played Division 1 water polo, served as a team captain, and received Division 1 All-American recognition. I've always been closely connected to my local community, much like Muhammad, who is a proud Angelino and a dedicated Lakers fan. Muhammad's deep commitment to our community, his passion, and his unwavering pursuit of excellence make him an exceptional individual. I'm honored to support his endeavors and am confident that his contributions will continue to positively impact our city.

During our time together, we've engaged in numerous meaningful discussions centered around personal growth, maturity, and responsibility as we navigated the passage of time. Through these conversations and my observations of his interactions with peers, I have had the privilege of delving deeper into Muhammad's character. In doing so, I discovered three remarkable qualities that consistently surfaced: loyalty, unwavering work ethic, and a remarkable ability to embrace constructive criticism. This trifecta of attributes is a testament to his growth over the years. The capacity to accept feedback and transform it into personal growth is a rare and invaluable trait, one that distinguishes individuals who are committed to self-improvement. Muhammad embodies this quality, making it an exceptional facet of his character. In addition to these shared attributes, both Muhammad and I share profound connections with our families. Much like myself, Muhammad has a younger brother, and we both take on the role of mentors and advisors when the need arises. This dynamic not only strengthens the bonds within our respective families but also serves as a powerful force for positive influence in the lives of young men. It is particularly noteworthy that Muhammad's younger brother has achieved a significant level of success, a testament to the leadership and guidance provided by Muhammad.

When news of the unfortunate incident reached me, I was both taken aback and profoundly shocked. It compelled me to engage in deep reflection for an extended period of time. After discussing the matter with Muhammad and witnessing the genuine remorse he feels, I made it my personal commitment to provide assistance in any way possible. I must also underscore the immense stress and lasting impact that such legal proceedings can impose on an individual. Muhammad, however, continues to demonstrate remarkable resilience and makes a positive impact within the sphere of his family and among his loved ones. This resilience is a testament to his inner strength and ability to weather challenging circumstances.

Through his consistent efforts, it becomes evident that Muhammad is committed to learning from his experiences, and I believe he deserves the opportunity to be placed on probation rather than incarceration. The world becomes a better place when individuals with potential are granted a chance to demonstrate the positive contributions they are capable of. In summary, I wish to express my deep appreciation for the opportunity to convey my observations and insights into Muhammad's character and potential.

Respectfully,

Ikko Saito
Saito Ventures LLC
562-305-4302



Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Walter,

I hope this letter finds you in good health. My name is Ali Sayed, a resident of Michigan, a husband, and a father of four children. I am the owner and operator of Hype Athletics, a community gym that provides various sports activities for the youth. I am also the founder of SAFE, a non-profit organization dedicated to helping young individuals overcome drug addiction. I am writing this letter to provide a character reference for Mr. Muhammad Garawi, who I understand is facing a serious charge.

I first met Mr. Garawi in 2021 when he moved to Michigan to expand his business. He was immediately drawn to the work we do at SAFE and became an active member of our community. Over the years, Mr. Garawi has shown an unwavering commitment to our cause, generously donating to our organization and actively participating in our community events.

Mr. Garawi is a man of great character, known for his kindness, generosity, and dedication to the community. His contributions have made a significant impact on our organization and the individuals we serve. He is a responsible and hardworking individual, always willing to lend a hand where needed. His reputation as a caring and compassionate person is well-known within our community.

The court proceedings have had a profound impact on Mr. Garawi. He has shown genuine remorse and I believe he has learned a great deal from this experience. Despite the challenges he is facing, he remains positive and focused on his future, with plans to continue his contributions to the community.

A sentence that includes a term of imprisonment would not only affect Mr. Garawi but also his family and the community he has worked so hard to support. I believe a sentence of probation with home confinement and community service would be more beneficial. This would allow him to continue his contributions to the community while also holding him accountable for his actions.

In conclusion, I respectfully ask that you consider this information about Mr. Garawi's character and contributions to our community when deciding his sentence. I believe in his capacity for change and his commitment to making amends.

Sincerely,

Ali Sayed

HYPE Athletics Center
SAFE Substance Abuse Coaltion, a non-profit organization
Tel (313) 436-0043 Fax (313) 436-0044
23302 W. Warren Ave., Dearborn Heights, MI 48127
www.hypeathletics.org

Honorable John F. Walter

United States District Court

350 W. 1st Street

Los Angeles CA 90012

Dear Judge Walter,

I hope this letter finds you well. I have been aware of the charges Muhammad Garawi is facing. The purpose of this letter is to show my concern and support for Muhammad in this matter. My name is Hassan Al-Chokhachi, and I am writing to provide insight into the character of Muhammad Garawi, as you requested, in relation to the charge he is facing. I am a graduate of Cal State Polytechnic University, Pomona, where I studied psychology, social science, and sociology. I currently hold a bachelor's degree in psychology and am pursuing my master's in business administration at the same institution. I am also a former Pharmaceutical Sales Representative for Syneos Health Pharmaceuticals, where I focused on outside sales within the targeted business of respiratory illness. I believe my opinion on this matter bears weight for the following reasons.

I have known Muhammad Garawi for over 25 years, and our relationship is extremely strong. In fact, he is practically family to me. Mohammad's parents and my own parents were friends prior to both of us being born. Our bond and our family's bond have only grown stronger over the years. Our relationship has tested the hands of times, and I am here to show my wholehearted support in this matter. Muhammad has been there for me countless of times, offering his support and assistance in various aspects of my life. I vividly remember a time when I went through an emotional and physical battle due to a broken fibula and tibia. Muhammad was there with me from the moment of impact during a car accident that took place in Upland California. Despite my fears of never being able to walk properly again, he provided constant support, listened to my concerns, and offered valuable advice. I couldn't have asked for a better friend to have by my side during this excruciating and unfortunate experience. When I was incapable of walking for over a year, Muhammad made the effort to spend time with me, engaging in various activities,

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles CA 90012

including rehabilitation and strength training exercises. I am deeply shocked by the news of his involvement as I consider Mohammad to be an exceptional friend.

My lifelong impressions of Muhammad are that he is undoubtedly a caring individual with a pure heart and good intentions. I have witnessed his contributions to the community through his time spent both volunteering at our local mosque, working as a lifeguard, and mentoring entrepreneurial prospects. He is well-known in our community and network as someone who can be relied upon for support and guidance. Muhammad's relationship with his family mirrors my own. We both prioritize our families and make decisions with their growth and well-being in mind. When I reflect on our countless memories shared between our families, I am reminded that although Muhammad is not my brother by blood, he is my brother in spirit.

I have seen the court proceedings take a toll on Muhammad, emotionally and mentally. However, just as he has consistently provided an open ear, advice, and guidance to me throughout my life, I am reciprocating that gesture during this challenging time. Muhammad Has expressed deep regret to me regarding his involvement, and I reassure him that everyone makes mistakes in life. What truly matters is learning from those mistakes, and it is evident that he has done so. Muhammad has verbally pledged to continue making amends for his wrongdoings in various aspects of his life. His future holds great promise, and his destiny is sure to lead to something special for not only himself, but those around him. Furthermore, the positive influence he has on the people around him and his ability to inspire others is remarkable and commendable. Please do not take this light away from his family, his friends, and his community. In addition, the impact of these court proceedings on Muhammad's family has been significant. His family is fearful of losing

Honorable John F. Walter

United States District Court

350 W. 1st Street

Los Angeles CA 90012

a pillar of support in their lives. Muhammad has always been there for them, ensuring their wellbeing and providing guidance. His absence would leave a void that would be difficult to fill.

Considering the circumstances, I can only support a sentence of probation with home confinement and community service in lieu of prison time. Firstly, Muhammad's family heavily relies on him, and a prison sentence would disrupt their stability and cause undue hardship. Secondly, his friends and community would be deprived of a compassionate and caring individual who has consistently gone above and beyond to support and uplift those around him. Lastly, Muhammad's potential for personal and professional growth is immense, and a sentence of probation with community service would allow him to make amends and continue positively impacting the lives of others.

In conclusion, I sincerely hope that this letter provides valuable insight into Muhammad Garawi's character. He is a responsible, caring, and compassionate individual who has made a positive impact on the community. I trust that your judgment will consider the circumstances at hand and arrive at a fair disposition. Thank you for your attention to this matter. If you require any further information or have any questions, please do not hesitate to contact me at (951) 233–5957.

Respectfully,

Hassan Al-Chokhachi

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Your Honor,

I am Jahsiah Sabatasso, a DJ, producer, and marketing manager with roots in Los Angeles. I became acquainted with Muhammad approximately two years ago.

Prior to my engagement with Muhammad's company, I was without employment and in urgent need of work. Despite having the option to enlist a more seasoned professional, Muhammad generously offered me a salaried position within his marketing team to promote the Muhammad brand. His willingness to provide me with this opportunity enabled me to secure a stable income and improve my standard of living.

Upon learning of the charges against Muhammad, I was deeply troubled. Muhammad is known to me as one of the kindest and most compassionate individuals, with a multitude of employees whose livelihoods depend on his leadership.

Throughout my acquaintance with him, Muhammad has consistently demonstrated concern for my well-being, extending assistance during a period when I could not afford basic necessities, including a time when I faced health issues not covered by my insurance. His generosity did not stop with me; he has contributed to community events, such as donating to a charity event I organized for underprivileged children.

My professional relationship with Muhammad began through a recommendation from my manager, despite lacking formal endorsements. Muhammad placed his trust in me, validating my abilities. He has always been a man of integrity, punctual with payments, and generous with bonuses for commendable work. Because of him, I have been able to maintain a stable and dignified life.

Beyond the workplace, Muhammad has created a vibrant and supportive community for his staff and friends, exemplified by the elaborate appreciation events he hosts. His reputation is well-founded, with a myriad of individuals who can vouch for his character and altruism.

It is disheartening to witness the strain these proceedings have placed upon him. I firmly believe the positive impact he continuously has on others far outweighs the charges before him. His loss would not only be a profound personal sorrow but would have a severe impact on all those who depend on him, from his family to his staff.

I respectfully urge you to consider my testimony as an account of Muhammad's character and the profound effect he has on his community. It is my heartfelt belief that Muhammad, given a chance, will continue to contribute positively to society.

Thank you for considering my statement in this matter.

Respectfully,

[Signature: Jahsiah Sabatasso]



Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Walters,

I write to you with the aim of conveying my unshakable support and belief in the character of my friend, Muhammad Garawi. It is important for you to understand that the regard in which I hold Muhammad is not built upon casual friendship, but is founded in deep respect, shared experiences, and numerous instances of him displaying exemplary character.

In the eleven years I have owned my hair salon, I have grown familiar with the delicate balance required in forming a trustworthy, cohesive team. In a career so closely tied with communication and intuition, I am confident in my ability to gauge a person's authenticity, resilience, and values. From my very first interaction with Muhammad, his positive energy and innate sincerity were evident.

Muhammad's character stands tall even in difficult times. His consistency and genuine empathy were proven to me during my personal ordeal of dealing with my mother's cancer diagnosis. During that period, Muhammad's unwavering support became my beacon. He voluntarily and proactively spent countless hours doing research to help my family navigate this medical crisis.

In my experience, the measure of a person's worth is often determined in the throes of adversity, when true character emerges. Observing his consistent dedication to his family and friends, I wholeheartedly believe that Muhammad's character is strong, steadfast, and dependable.

Regarding the charges against Muhammad, I know the individual standing accused and understand the weight of the situation. In my earnest view, Muhammad made an unfortunate mistake for which he has displayed genuine remorse. We, as human beings, often learn our most profound lessons through our missteps and the ensuing introspection they spur.

As someone who firmly believes in rehabilitation and second chances, I ask you to consider his earnest regret, alongside his demonstrated strength of character. The incident, I believe, does not capture the full measure of who Muhammad is as a person. Given an opportunity, I am certain he will continue to evolve into a better version of himself.

I appreciate your attention and consideration as you contemplate the totality of Muhammad's character and situation.
Sincerely,

Lara Kadehjian



Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles CA 90012

11/08/2023

Dear Judge Walter,

My name is Daisy Romero. I am 24 years old and aware of the charges Mr. Garawi is facing. I was raised in Downey, CA, where I had the honor of being crowned Junior Miss Downey Princess for the years 2011-2012, gaining community involvement with the city council. As I transitioned into high school, I embarked on a four-year journey as a cheerleader, attaining the role of cheer captain during my senior year. I first met Muhammad in my freshman year at Downey High School. Mr. Garawi was not your typical high school student; he stood out as an individual recognized by many for his acts of kindness, helpful demeanor, and entrepreneurial mindset. We shared the same class of '16 and graduated together.

Over the years, we became friends through our mutual friend group, impressed by his individuality and determination, witnessing his journey as a business owner. During that time, I discovered a curious passion for real estate and investing. I diligently pursued my education before attempting to secure my license in 2020. However, as fate would have it, the world was plunged into the depths of the COVID crisis on March 16, 2020, the very day I was scheduled to take my real estate test. The pandemic's onset brought difficult challenges, forcing me to grapple with uncertainties. I found myself unemployed, my opportunities dwindling, and my aspirations hanging by a thread.

In the midst of this turmoil, I admired Muhammad's resilience and determination in the face of adversity. While I was struggling, he extended a helping hand and employed me when no one else was able to. I have now been working for him for 4 years, growing with his company. He opened doors to opportunities that allowed me to continue an active lifestyle; through his guidance, I was able to start my own business and pursue a dream of owning real estate. Muhammad is not only a friend but also a mentor. His dedication to creating a positive impact in lives is truly Commendable, To say I am deeply grateful would be an understatement.

I hold immense respect for his strength and persistence, and I am forever grateful for the impact he has had on my life. May his kindness and generosity be recognized and celebrated, for they have changed the course of my journey and many others.

Yours sincerely,

Daisy Romero
(562) 805-1045
7818 Bangle Rd, Downey Ca 90240

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles CA 90012

Dear Judge Walter,

I hope this message finds you well. I am writing to you as a concerned member of our community, seeking your understanding and leniency for an individual whose character and dedication I deeply admire.

My name is Mohammed Jawad, a licensed chiropractor in the state of California and a long-standing resident of the City of Walnut. My roots in this community run deep, and I have been actively involved in various aspects of community life. Alongside my wife, who is a dentist, we are the proud parents of a 1-year-old son, further reinforcing our commitment to this wonderful community.

I have had the privilege of knowing Muhammad for the entirety of my life, as I am about 8 years older than him. Watching him grow and mature over the years has been truly remarkable. Muhammad is one of the most diligent individuals I have ever known, dedicated to his craft and perpetually striving for self-improvement, a quality that has always impressed me.

What sets Muhammad apart, however, is the purity and sincerity of his heart. I have witnessed his generosity on numerous occasions, an attribute shared by his entire family, and I believe it to be one of the key factors contributing to their continued success.

While there can be no justification for any illegal actions, Muhammad is deeply remorseful for the events that have transpired. He approached me to discuss the charges, and I could see the concern and sincerity in his eyes. His regret regarding the PPP loan matter is palpable, and he is resolute in his commitment to learning from this experience.

I have observed Muhammad struggling with feelings of guilt in relation to his situation. He has worked tirelessly to provide for himself and, most importantly, for his family. Muhammad has acknowledged his lack of caution when applying for the PPP loans, attributing this to misinformation, and he bears the responsibility for his current predicament.

In my personal opinion, Muhammad has learned invaluable lessons from this experience, and I genuinely believe he will not repeat the same mistakes. I wholeheartedly support a decision of probation with home confinement and community service, as it would provide Muhammad with the opportunity to further reflect upon his choices.

Your Honor, I am deeply grateful for your consideration of this matter. Muhammad is a valuable member of our community, and I believe in his potential for rehabilitation and future contributions. I trust in your wisdom and judgment to make the best decision for all parties involved.

Thank you for your time and attention.

Sincerely,

Dr. Mohammed Jawad, D.C.

Honorable John F. Walter
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

Re: Character Reference for Muhammad Garawi

Dear Judge Walter,

I am writing to provide a character reference for Muhammad Garawi, as requested, to assist in your consideration of a fair disposition in his case. My purpose in writing this letter is to share my perspective on Muhammad's character based on our personal relationship and interactions over the years.

I am a business owner and a well-known model who has been featured on television in commercials as well as print advertisements and billboards internationally. I am aware of the charge Mr. Garawi is facing, and I believe it is important to provide a balanced view of his character to aid in your decision-making process.

I have known Muhammad Garawi for about 5 years. Our relationship has evolved into a close friendship. Muhammad has consistently been a supportive and dependable friend throughout our acquaintance. He has helped me in numerous ways, which have greatly improved my life. For instance, offering emotional support during difficult times, providing guidance and advice, and assisting with practical matters. His unwavering support and friendship have been invaluable to me, and I am deeply grateful for his positive impact on my life.

Muhammad is, without a doubt, a contributing member of the community. He is a responsible and hardworking individual who has always exhibited dedication to his work and a commitment to his responsibilities. He is known for his kindness and caring nature, and I have personally witnessed him extend his generosity to those in need on numerous occasions. His family relationship is characterized by love and support, and he takes his role seriously, always putting the well-being of his family at the forefront.

The court proceedings have undoubtedly taken a toll on Muhammad. He has shown genuine remorse for his actions and has demonstrated a strong desire to learn from this experience. He has expressed positive goals for the future and a determination to make amends for any wrongdoings. I believe he has the potential to rehabilitate and become a productive member of society.

It is my belief that Muhammad's family would be significantly affected by a sentence that includes a term of imprisonment. Given his demonstrated remorse and

commitment to making amends, I would support a sentence that includes probation with home confinement and community service in lieu of prison time. This approach would allow Muhammad to continue providing for his family while also serving as a way for him to give back to the community that he has always cared about.

In conclusion, I kindly request that you consider the totality of Muhammad Garawi's character, his contributions to the community, and his commitment to a brighter future when making your decision. I hope this letter provides valuable insight into the individual I have come to know and respect over the years.

Thank you for your time and consideration.

Sincerely,

Anthia Mo

John Scott Norviel
126 E. 18th St. #D101
Costa Mesa, CA 92627

November 3rd, 2023

United States District Court – Los Angeles
350 W 1st St.
Los Angeles, CA 90012

Re: Character reference – Muhammad Garawi

Your Honor:

My name is John Scott Norviel. I am CEO of Landrace Growth Partners, Inc., a sales and marketing agency in California. Prior to Landrace, I did sales and marketing for life science and biotech startups for ~10 years-- primarily university spinouts in Silicon Valley. My team at Landrace has been working with Mr. Garawi's company/brand since Fall 2022. I am aware that Mr. Garawi is facing the charge of conspiracy to fraudulently obtain an economic injury disaster loan for his business. This letter is to provide character reference for Mr. Garawi.

Since engaging with Muhammad's company in Fall 2022, we have developed a strong working relationship. Muhammad has demonstrated a devout commitment to supporting his employees and his community. The loyalty, dedication and hard-working nature of his team are a reflection of Muhammad's commitment to his people and the surrounding community's well-being. Though family businesses can be difficult to navigate, Muhammad and his brother Ali have built a lasting company poised for growth and holds potential to employ many future employees.

Muhammad is highly remorseful for his actions, and fully recognizes the impact of crime committed. With Muhammad's ambitions for the future, I find it extremely unlikely that he would ever commit repeat offense. On contrary, I believe he is a proponent of US legal system and would advise others not to commit same mistakes. Muhammad's imprisonment would only be detrimental to his employees, customers, his family and the community he serves. Considering Muhammad's dedication to playing by the rules and building a brighter, it would seem very reasonable for sentence to include home confinement and community service in lieu of prison time.

Sincerely,

John Scott Norviel

Honorable John F. Walter
United States District Court
350 W 1st St
Los Angeles CA 90012

Dear Judge Walter

I am writing to provide a character reference for Muhammad Garawi, whom I have known for about 4 years and have had the privilege of becoming acquainted with both personally and professionally. I am aware of the charges that Mr. Garawi is currently facing.

My name is Keven Brahmbhatt I am 31 years old and owner of an environmental testing lab as well as a medical device company. I am also active in various charities and local community programs in Orange Country I have seen firsthand the importance of upstanding individuals in our community and industry and truly believe that Muhammad Garawi embodies the qualities that make a positive contribution to society.

I first met Muhammad approximately 4 years ago from a business standpoint Since then, our relationship has evolved, and I have had the opportunity to witness Muhammad's character up close. Muhammad has not only been a friend but has also demonstrated a remarkable ability to help others, often going above and beyond to provide assistance and support in various situations. For example, this past year my employee lost his wife and unborn child in a fatal car accident. Upon telling Muhammad he was the first to express deep sympathy and ask if there was any way he could help or assist in the matter. His reaction to helping others is instantaneous. I have seen it time again whether it's someone looking for employment or someone that is fallen on hard time Muhammad is proactive in helping others.

Muhammad Garawi's character, is one of the highest upstanding individuals I have come across in both my professional and personal life. He has consistently proven to be a responsible and hardworking individual who takes his commitments to his work and family seriously.

The court proceedings have undoubtedly had a profound impact on Muhammad. He appears genuinely remorseful and has expressed a strong desire to learn from this experience. I respectfully urge the court to consider the act Muhammad Garawi's character, his commitment to self-improvement, and the positive impact he can have on our community. I believe that a compassionate approach to his sentencing would be in the best interest of both Mr. Garawi and the community.

Sincerely,
Keven Brahmbhatt
714-595-1965
1920 E warner avenue unit F santa ana ca 92705

k even brahmbhatt

Mohammed Al-mawla
5956 Appoline St Dearborn Mi, 48126
moea2011@gmail.com
3134423633
11/2/23

Dear Honorable Judge Walter,

I am writing to you concerning the upcoming sentencing of Mr. Muhammad Garawi. My name is Mohammed Al-mawla, and my career as a Sheriff Deputy reserve and a filmmaker dedicated to political and humanitarian causes has given me a profound appreciation for the complexities of justice and community service.

My acquaintance with Muhammad spans over the last four years, having initially crossed paths during an initiative to expand his business operations into Michigan, a venture aimed at fostering job creation. Our relationship has evolved into a steadfast friendship, and it is from this vantage point that I have observed Muhammad's unwavering commitment to philanthropy, including his support for local charities and his efforts to inspire underprivileged individuals towards entrepreneurial endeavors.

Muhammad has consistently demonstrated an exceptional level of integrity and ambition. His contributions to our community have been multifaceted, earning him recognition as a unifier who excels in bridging gaps across various sectors. A particular instance that stands out to me is when he navigated a delicate situation involving competing promises made by his business partner, managing to uphold his own commitments ethically and equitably, a testament to his honorable nature.

The role of a family patriarch is one that Muhammad has upheld with utmost diligence, having been instrumental in securing his family's financial stability. The weight of the legal challenges he now faces has not gone unnoticed. Muhammad has expressed profound contrition to me and has articulated a clear vision for a future grounded in ethical business practices and personal integrity.

I am of the strong conviction that a custodial sentence would be detrimental not only to Muhammad but also to his family, who depend on him. I believe that a sentence with home confinement and community service would be a constructive alternative, allowing him to maintain his familial responsibilities and contribute positively to the community.

In conclusion, I stand firm in my belief that Muhammad Garawi has both the capacity and the resolve to rectify his missteps. I respectfully urge you to take into account the totality of his character and the positive strides he intends to make when deliberating on his sentence.

Thank you for considering my perspective in this matter.

Sincerely,

Mohammed Al-mawla

Honorable John F Walter
United States District Court
350 W 1st Street
Los Angeles CA 90012

Dear Honorable Judge Walter,

My name is Amir Deris I am a member of the California state bar in good standing. Additionally, I solely own and operate companies in Los Angeles with over 150 employees and feel I have a keen acumen for determining good moral character.

I am writing this letter in honor of Muhammad Garawi and the charges he is facing. Mr Garawi is a remarkable young man who I have had the privilege of knowing for the past 3 years. I met him through mutual friends and business relationships, and after spending sometime with him and getting to know his character our relationship evolved into a strong friendship. Muhammad is a man of exceptional integrity and his dedication to upholding strong moral values is truly inspiring.

Mr. Garawi posses a strong sense of right and wrong, and I have witnessed him consistently make choices that reflect his unwavering commitment to ethical conduct. Muhammad's morals and values are not just a guideline but a steadfast beacon that guides his actions and decisions in both his personal and professional setting. His actions consistently align with his words making him someone you can trust and rely upon. It's this remarkable consistency that makes him stand out in any given situation, earning him the respect and admiration of those around him. Mr. Garawi is always the first to lend a helping hand and goes above and beyond the social norms to leave a positive impact on anyone he interacts with.

I am aware of the charges brought upon Muhammad and can undoubtedly say that he is remorseful for his actions and is doing everything in his ability to make it right. Muhammad's motivation to do the right thing is an attribute that sets him apart. He approaches challenges with an unyielding determination to find the most ethical and just solutions. His commitment to make a positive impact on the world is truly commendable, and I have no doubt that he will continue to inspire and lead by example. I do believe that if Muhammad had further intel on the loan he acquired he would not be in this position, and can definitely say he has learned from this mistake.

I cannot conceptualize Muhammad receiving a prison sentence and the negative impact it will have on his community, pears, and family. Muhammad comes from a family with impeccable moral values and ethics and was raised to always do the right thing. Mr. Garawi consistently leads his community and peers with exceptional integrity and the will to always do what is right, he is an asset to any organization or community he is apart of. I do not believe Muhammad belongs in a prison and I support any other substitute such as home confinement or probation in lieu of prison time.

If you have any other questions or require additional information please do not hesitate to contact me.

Sincerely,

Amir Deris 11/07/2023

# Exhibit C

safe
SUBSTANCE ABUSE COALITION

April 13, 2022

Muhammad Garawi
8337 Lexington Rd.
Downey, CA 90241

To Whom It May Concern:

SAFE Substance Abuse Coalition thanks you for your donation in the amount of $5,000.00. Individual donations such as yours help us complete our mission and allow us to expand our programs.

We are a tax-exempt organization, and your donation qualifies as a tax deduction. This letter will serve as your receipt. Tax ID 83-3537658

We are looking forward to hearing from you. If you have any questions, you can contact us at the number at the bottom of this letter. Thanks again for your past, present, and future support of our endeavors.

Sincerely,

Ali Sayed
Founder/CEO, HYPE Athletics Community

SAFE Substance Coalition
23302 W. Warren Ave., Dearborn Heights, MI 48127
Tel (313) 436-0043 Fax (313) 436-0044

www.hypeathletics.org

Scanned with CamScanner

April 7, 2023

Muhammad Garawi
8337 Lexington Rd.
Downey, CA 90241

To Whom It May Concern:

SAFE Substance Abuse Coalition thanks you for your donation in the amount of $5,000.00. Individual donations such as yours help us complete our mission and allow us to expand our programs.

We are a tax-exempt organization, and your donation qualifies as a tax deduction. This letter will serve as your receipt. Tax ID 83-3537658

We are looking forward to hearing from you. If you have any questions, you can contact us at the number at the bottom of this letter. Thanks again for your past, present, and future support of our endeavors.

Sincerely,

Ali Sayed
Founder/CEO, HYPE Athletics Community